# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JASON XAVIER GONZALES,

Petitioner,

v.

W. L. MONTGOMERY,

Respondent.

Case No. ED CV 16-75 JLS (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: August 4, 2017

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE